UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

R‌OBERT D‌YKES-B‌EY, #201541, )
                Plaintiff, )
                 ) No. 2:17-cv-209
-v- )
                 ) Honorable Paul L. Maloney
T‌HOMAS F‌INCO, *et al.*, )
                Defendants. )
                 )

### JUDGMENT

The Court has resolved all pending claims. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACITON IS TERMINATED.**

**IT IS SO ORDERED.**

Date: June 17, 2020                                        /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                              United States District Judge